UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X    03 CV 3927 (NG) (VVP)
MAURICE OPARAJI,

**Plaintiff,**

-against-    **OPINION AND ORDER**

UNITED FEDERATION OF TEACHERS and
STUART COHEN,

**Defendants.**
-----------------------------------------------------------------------X

**GERSHON, United States District Judge:**

Plaintiff moves for reconsideration of this court's order, dated February 24, 2006, granting defendants' motion for summary judgment and dismissing plaintiff's complaint. Since plaintiff fails to set forth any matters or decisions not taken into account by the court's February 24, 2006 order, the motion for reconsideration is denied. *See* Local Civil Rule 6.3.

**SO ORDERED.**

/S/
**NINA GERSHON
United States District Judge**

Dated: Brooklyn, New York
        May 26, 2006