UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X  03 CV 3927 (NG) (VVP)
MAURICE OPARAJI,

                  **Plaintiff,**

     -against-                                  **OPINION AND ORDER**

UNITED FEDERATION OF TEACHERS and
STUART COHEN,

                  **Defendants.**
----------------------------------------------------------------------X

**GERSHON, United States District Judge:**

      Plaintiff has filed a second motion for reconsideration of this court's order, dated February 24, 2006, granting defendants' motion for summary judgment and dismissing plaintiff's complaint. Plaintiff does not set forth any matters or controlling decisions that were overlooked by the court; instead, he reiterates arguments he made previously, which were considered by the court and rejected. Accordingly, plaintiff's motion is denied.

                                            **SO ORDERED.**

                                            /S/
                                        **NINA GERSHON**
                                        **United States District Judge**

Dated: Brooklyn, New York
         June 12, 2006